COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING OF COURT'S ORDER GRANTING EN BANC RECONSIDERATION

Appellate case name:     In the Interest of J.J.G., L.K.G., H.A.G., and A.G.G

Appellate case number:   01-16-00104-CV

Trial court case number: 2014-00610J

Trial court:             313th District Court of Harris County

Date motion filed:       September 25, 2017

Party filing motion:     J.R.G., appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/____Evelyn v. Keyes_____
☐ Acting Individually ☒ Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey. Justice Jennings voted to grant the motion for the reasons expressed in his dissenting opinion.

Date:  November 14, 2017